## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Kipenko Nixon Nicodi Christmas,**
   **Petitioner**

   **V.**

**Brian Gillen**

   **Respondent**

CIVIL ACTION

NO.  010-11396-NMG

### Order of Dismissal
### March 12, 2008

 Gorton,  D. J.

  In accordance with the Courts allowance of Respondents  motion to dismiss (docket no. 5),  it is hereby Ordered this case is  Dismissed.

**Approved,**

 /s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

 /s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)                       [odism.]